BGW#: 122571

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

*Lynchburg Division*

| | |
|---|---|
| IN RE:<br>Mack Wilson Chambers<br>    Debtor(s) | Case No. 11-60214-WEA<br><br>Chapter 7 |

Wells Fargo Bank, NA
    Movant

v.

Mack Wilson Chambers
    Debtor/Respondent

and
William F. Schneider
    Trustee/Respondent

---

## CONSENT ORDER TERMINATING THE AUTOMATIC STAY

This matter comes before the Court on the Motion for Relief from Automatic Stay filed on February 09, 2011 (the "Motion") on behalf of Wells Fargo Bank, NA (the "Movant") by counsel, Stephen B. Wood and Bierman, Geesing, Ward & Wood, LLC.

WHEREAS,  The Respondent, Mack Wilson Chambers (the "Debtor"), consents to the relief requested in the Motion; and

WHEREAS,  William F. Schneider, the Chapter 7 Trustee for the Debtor's estate, consents to the relief requested in the Motion,

NOW THEREFORE IT IS HEREBY ORDERED that the automatic stay afforded the Debtor in this case shall be and the same is TERMINATED pursuant to 11 U.S.C. § 362(d) to permit the Movant to take such action as may be necessary to enforce the lien of its deed of trust encumbering the real property belonging to the Debtor known as 180 West Court Street, Amherst, VA  24521 (the "Property"), including the initiation of foreclosure proceedings and commencement of any action to obtain possession of the Property as permitted by applicable state law.  The legal description of the Property is:

ALL THAT CERTAIN LOT OR PARCEL OF LAND, IN THE TOWN OF AMHERST, IN COURT HOUSE MAGESTERIAL DISTRICT OF AMHERST COUNTY, VIRGINIA DESIGNATED AS LOT 14 CONTAINING 0.387 ACRES AND MORE PARTICULARLY DESCRIBED UPON A PLAT OF SURVEY ENTITLED "RESURVEY OF LOTS 13&14,

Stephen B. Wood, VSB #26518
8100 Three Chopt Road, Suite 240
Richmond, VA  23229
(804) 282-0463
*Attorney for the Movant*

PLAT OF LOTS AT AMHERST COURTHOUSE AKA 180 WEST COURT STREET, TOWN OF AMHERST, AMHERST CO., VIRGINIA", MADE BY JAMES C. MAY, JR., LAND SURVEYOR, DATED OCTOBER 16, 2003, OF RECORD IN THE CLERK'S OFFICE OF THE CIRCUIT COURT FOR THE COUNTY OF AMHERST, VIRGINIA, IN DEED BOOK 951, PAGE 012.

    IT IS ORDERED.

Date: <u>March 1, 2011</u>

                                                                                                              Judge, U.S. Bankruptcy Court
                                                  for the Western District of Virginia
                                                  Lynchburg Division
                                                  Entered on Docket: _____

**WE ASK FOR THIS:**

  <u>*/s/ Stephen B. Wood*</u>
Stephen B. Wood, VSB #26518
Bierman, Geesing, Ward & Wood, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804)282-0463 (phone)
(804)282-0541 (facsimile)
*Counsel for the Movant*

**SEEN AND AGREED:**

 <u>*/s/ Janice Hansen*</u> ___
Janice Hansen, Attorney at Law
900 Lakeside Drive
Lynchburg, VA  24501
*Counsel for the Debtor*

**SEEN AND AGREED:**

 <u>*/s/ William F. Schneider*</u> ____
William F. Schneider, Trustee
P.O. Box 739
Lynchburg, VA 24505

*Chapter 7 Trustee*

## CERTIFICATION

I HEREBY CERTIFY that the foregoing proposed Consent Order Terminating the Automatic Stay has been endorsed by or on behalf of all necessary parties.

                                                 */s/ Stephen B. Wood*
                                                 Stephen B. Wood

cc:

Bierman, Geesing, Ward & Wood, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA  23229

Janice Hansen, Attorney at Law
900 Lakeside Drive
Lynchburg, VA  24501

William F. Schneider, Trustee
P.O. Box 739
Lynchburg, VA 24505

Mack Wilson Chambers
180 West Court Street
Amherst, VA  24521

Mack Wilson Chambers
P.O. Box 304
Lynchburg, VA  24505

EDVAConsentx2